No. 90–8253. MUNDY v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 90–8254. HARRIS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 90–8255. MEADOWS v. GRAMLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 90–8256. MILLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–8257. INGRAM v. NESBITT ET AL. Sup. Ct. S. C. Certiorari denied.

No. 90–8258. THOMAS v. UNITED STATES; and
No. 91–5017. THOMAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 931 F. 2d 52.

No. 90–8259. WESCOTT v. AMERIFIRST FEDERAL SAVINGS & LOAN ASSN. ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 90–8260. SATTERFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8261. RAMOS SANTIAGO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–8262. RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8263. STONER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–8264. EICHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–8265. SIMMONDS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–8266. RED BLANKET v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–8267. ARIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.